AO 450 (Rev. 01/09) Judgment in a Civil Action

# United States District Court
for the
## Middle District of Pennsylvania

| | |
|---|---|
| DARNELLA M. RIDEOUT, et al. ) | |
| Plaintiff ) | |
| v. ) | Civil Action No.   1:09-CV-403 |
| PUBLIC OPINION, et al. ) | |
| Defendant ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

X other:   judgment be and is hereby entered in favor of the Defendants and against the Plaintiffs in this case.

This action was *(check one)*:

☐ tried by a jury with Judge or Magistrate Judge _____ presiding, and the jury has rendered a verdict.

☐ **tried by Judge** or Magistrate Judge _____ without a jury and the above decision

X decided by Judge or Magistrate Judge   Chief Judge Yvette Kane   on a motion for Summary Judgment

Date:   Dec 22, 2011          CLERK OF COURT   MARY E. D'ANDREA

s/ Shawna L. Cihak
Signature of Clerk or Deputy Clerk